UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00080 |
| | ) | JUDGE CAMPBELL |
| ANTWOINE TANNELL JOBE | ) | |

ORDER

Pending before the Court is Defendant's Motion For Extension Of Time To File Pretrial Motions (Docket No. 13). Through the Motion, the Defendant requests an extension of time, until October 25, 2013, in which to file pretrial motions. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE