UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00080 |
| | ) | JUDGE CAMPBELL |
| ANTWOINE TANELL JOBE | ) | |

## ORDER

Defendant Jobe has filed a Notice of Intent to Enter Plea of Guilty (Docket No. 23), indicating that he intends to enter a plea of guilty on September 22, 2014 at 2:30 p.m.

Accordingly, the status conference scheduled for August 29, 2014, at 8:30 a.m. is cancelled.

Any plea agreement shall be submitted to the Court by September 19, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE